**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION TO EXTEND TIME

Appellate case name:  Robert J. Salazar and Elia Salazar v. HP Texas I LLC d/b/a HP Texas LLC, HPA Texas Sub 2016-1 LLC, Ser Texas LLC, and Pathlight Property Management Co.

Appellate case numbers:  01-19-00926-CV

Trial court case number:  2019-17589

Trial court:  127th District Court of Harris County

Appellants Robert J. Salazar and Elia Salazar have filed a motion to extend time to file a motion for rehearing. *See* TEX. R. APP. P. 49.8. The Court's memorandum opinion and judgment issued on July 8, 2021. Any motion for rehearing in this appeal is currently due by July 23, 2021. *See* TEX. R. APP. P. 49.1. Appellants' motion requests an extension of 48 days until September 9, 2021, to file a motion for rehearing. Appellants' motion certifies that appellees do not oppose the requested extension. Accordingly, the Court **grants** appellants' motion to extend time. The Court **orders** that any motion for rehearing shall be filed on or before September 9, 2021.

**No further extensions will be granted absent extraordinary circumstances.**

It is so ORDERED.

Judge's signature:  /s/  April L. Farris
☑ Acting individually    ☐ Acting for the Court

Date:  July 22, 2021